# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC

2007 DEC 20  AM 10: 58

Jonathan Lee Riches ©,

Plaintiff

V.

Steve Fairchild a/b/a Former Buffalo Bills offensive Coordinator
A/K/A COLORADO State Football Coach,

Defendant

## Complaint
## "Coordinator of My Harassment"

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this court under 42 USC 1983 and a TRO Restraining order. Fairchild is in a major conspiracy with Pete Rose, Ancestor's of the 1919 white sox, and Rick Tochett to fix the up and coming December 16th, 2007 Buffalo Bills v. Cleveland Browns game. He is going to coordinate the offense to score no points and lose, this will knock the Bills out of the Playoffs, then Fairchild plans to be the colorado State football coach. I learned this from miss cleo. Scott Norwood is going to be the kicker for him and miss. He is going to take flight to the Columbia cartel to silence me. Fairchild has secret ties with Mother Nature and can make it snow. He shaved points with Nick Nolte from Blue chips, I'm whistle blowing, I also compel senator George Mitchel to test Fairchild for roid Rage and Mothers Against drunk driving on him, I seek $10 million in prediction relief, I fear Marv Levy will be the next warden at Fcl williamsburg, I seek restraining orders

Jonathan Lee Riches ©
#40948-018
Fcl williamsburg
P.o. Box 340
Salters, s.c. 29590
843·387·9400

Respectfully
submitted

Jonathan Lee Riches ©