Name: Jonathan Lee Riches ©
Register Number:
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

ITEM X-RAYED BY USMS 12-20-07

FLORENCE SC 295
19 DEC 2007 PM 2 T

United States District Court
District of South Carolina
Clerk of Court
901 Richland Street
Columbia, South Carolina 29201

29201+2328

RECEIVED
USDC CLERK COLUMBIA, SC
2007 DEC 20 AM 10:58